1022

No. 75–5466. PHILLIPS *v.* PHILLIPS. Ct. App. Mass. Certiorari denied.

No. 75–5540. WOODS *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–5544. LAGRONE *v.* MCBRIDE ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–5558. ROY *v.* DUNN. C. A. D. C. Cir. Certiorari denied.

No. 75–5560. SADLER *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–5561. BRANTLEY *v.* ADAMS, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5563. JONES *v.* GATHRIGHT, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 75–5564. MOORE *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–5565. PAYTON *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 75–5567. JORDAN *v.* JOHNSON, CORRECTIONS DIRECTOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–5574. MCLEAN *v.* GARRISON, WARDEN. C. A. 4th Cir. Certiorari denied.